```
LAWRENCE G. BROWN       SEALED
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814          FILED
Telephone: (916) 554-2792

                                      MAR 18 2009

                                      CLERK, U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF CALIFORNIA
                                      BY _____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 09 - M - 0089 EFB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | ORDER SEALING INFORMATION [UNDER SEAL] |
| v. ) | |
| PAUL MARCUS RAY, and ) JOHN MATTHEW RAY, ) | |
| Defendant. ) | |

The Court hereby orders that the Information, the Application of Assistant U.S. Attorney Samantha S. Spangler to Seal Information, and this Order, in the above-referenced case, shall be sealed until the Clerk of this Court is notified by the United States Attorney's Office for this District of the arrest of the first defendant in this case, or until further order of the Court.

DATED: March 18, 2009

EDMUND F. BRENNAN
United States Magistrate Judge

1