**FILED**

MAR 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | |
| v. ) | 2 09-M=0089 EFB |
| SEALED ) | |
| Defendant. ) | |

### SEALING ORDER

Upon motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the Clerk of this Court is notified by the United States Attorney's Office for this District of the arrest of the first defendant in this case or until further order of the Court.

DATED: March 18, 2009

_____
EDMUND F. BRENNAN
United States Magistrate Judge