```
LAWRENCE G. BROWN
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-mj-089 EFB |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING COURT TRIAL |
| v. ) | |
| PAUL MARCUS RAY, and ) | |
| JOHN MATTHEW RAY, ) | |
| Defendants. ) | |

<u>Stipulation</u>

This matter is scheduled for court trial on November 9-13, 2009. On Thursday, October 22, 2009, Ms. Radekin, counsel for Mr. John Ray, sent an email message to the prosecutor indicating that the defendants would not be prepared to proceed to trial starting November 9, because they had not yet received their expert's supplemental report following his site visit. After several more email messages were exchanged between counsel, the Court's Courtroom Deputy Clerk, and the government's agents, all involved have settled on a new trial date of January 25 through January 29, 2010.

///

///

1	Defense counsel have authorized the prosecutor to sign this
2	stipulation on their behalf.
3	DATED:   November 5, 2009                    LAWRENCE G. BROWN
                                                 United States Attorney
4
5	                                       by    /s/ Samantha S. Spangler
                                                 Samantha S. Spangler
6	                                               Assistant U.S. Attorney
7
8	DATED:   November 5, 2009             by    /s/ Samantha S. Spangler for
                                                 Lauren Cusick
9	                                               Counsel for Defendant
                                                 Paul Marcus Ray
10
11	DATED:   November 5, 2009            by    /s/ Samantha S. Spangler for
                                                 Erin J. Radekin
12	                                               Counsel for Defendant
                                                 John Matthew Ray
13
14	                                    Order
15	    Good cause appearing, the court trial scheduled for November 9-
16	13, 2009, is ordered continued to January 25-29, 2010, beginning the
17	first day at 10:00 a.m.
18	    IT IS SO ORDERED.
19	DATED:  November 9, 2009       _____
                                   EDMUND F. BRENNAN
20	                                 UNITED STATES MAGISTRATE JUDGE