```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    GRANT ZEHNDER
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  PAUL MARCUS RAY

 9

10
                      IN THE UNITED STATES DISTRICT COURT
11
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,      )  No. 2:09-mj-89-EFB
15                                 )
              Plaintiff,           )
16                                 )  STIPULATION AND ORDER TO VACATE
         v.                        )  COURT TRIAL AND SET BRIEFING
17                                 )  SCHEDULE
    PAUL MARCUS RAY, AND           )
18  JOHN MATTHEW RAY,              )
                                   )  Date:  February 22, 2010
19            Defendants.          )  Time:  10:00 a.m.
                                   )  Judge: Hon. Edmund F. Brennan
20  _____

21

22       The United States of America, through SAMANTHA S. SPANGLER,

23  Assistant United States Attorney, together with defendant, PAUL MARCUS

24  RAY, by counsel LAUREN CUSICK, Office of the Federal Defender,

25  stipulate to vacate the court trial set for January 25, 2010, at 10:00

26  a.m., and set this case for hearing defendant's motion to exclude

27  expert testimony on February 22, 2010 at 10:00 a.m., and set a new

28  court trial date of March 15, 2010 at 10:00 a.m. Defendant JOHN MATTHEW
```

1 RAY, through his counsel, ERIN RADEKIN, agrees to this stipulation and
2 order.
3   The parties stipulate to the following briefing schedule and court
4 trial date:
5   Defendant's Motion due . . . . . . . . . . . . . . January 25, 2010
6   Government's Response due . . . . . . . . . . . . February 8, 2010
7   Defendant's Reply due . . . . . . . . . . . . . February 15, 2010
8   Motion Hearing . . . . . . . . . . February 22, 2010 at 10:00 a.m.
9   Court Trial Date . . . . . . . . . . March 15, 2010 at 10:00 a.m.

Dated:   December 30, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren Cusick
                                        LAUREN CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        PAUL MARCUS RAY

Dated: December 28, 2009

                                        /s/ Erin Radekin
                                        ERIN RADEKIN
                                        Attorney for Defendant
                                        JOHN MATTHEW RAY

Dated: December 28, 2009                BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Samantha S. Spangler
                                        SAMANTHA SPANGLER
                                        Assistant United States Attorney

                                    **ORDER**

IT IS SO ORDERED.

Dated: December 30, 2009

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE


Stipulation and Order              -2-