```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PAUL MARCUS RAY, and<br>JOHN MATTHEW RAY,<br><br>　　　　Defendants. | Case No. 2:09-mj-89 EFB<br><br>STIPULATION AND ORDER<br>RESCHEDULING BRIEFING AND<br>HEARING AND COURT TRIAL<br>DATES |

<u>Stipulation</u>

The parties agree to reschedule the case, because of the illness with the flu of the prosecutor for the entire last week of January which deprived her of time necessary for responding to the defendants' <u>Daubert</u> motion. Accordingly, the parties agree to the following schedule.

The government's opposing brief to the defendants' <u>Daubert</u> motion is due February 16, 2010, instead of February 8, 2010.

The defendant's reply brief is due February 22, 2010.

The hearing on the motion is reset from February 22, 2010, to March 1, 2010, at 10:00 a.m.

////

1

1   The court trial is rescheduled from March 15, 2010, to March
2 22, 2010.
3   Defense counsel have authorized the prosecutor to sign this
4 stipulation on their behalf.

5 DATED: February 10, 2010        BENJAMIN B. WAGNER
                                  United States Attorney

                                  by   /s/ Samantha S. Spangler
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney

10 DATED: February 10, 2010       DANIEL A. BRODERICK
                                  Federal Defender

                                  by   /s/ Samantha S. Spangler for
                                  Lauren Cusick
                                  Assistant Federal Defender
                                  Counsel for defendant Paul Ray

15 DATED: February 10, 2010

                                       /s/ Samantha S. Spangler for
                                  Erin Radekin
                                  Counsel for defendant John Ray

                                Order

20   Good cause appearing therefor, the same is hereby ordered.
21   IT IS SO ORDERED.
22 DATED: February 16, 2010.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

2